BENJAMIN B. WAGNER
United States Attorney
JEAN M. HOBLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>        Plaintiff,<br><br>    v.<br><br>DANIEL MATHIS,<br><br>        Defendant. | Case No.  2:12-CR-025 MCE<br><br>**MOTION TO TERMINATE PRETRIAL DIVERSION AND DISMISS INDICTMENT, PROPOSED ORDER THEREON** |

      The Government and defendant Daniel Mathis entered into a deferred prosecution agreement in this matter in April 2012.  The Court approved that agreement on April 26, 2012.  The agreements contemplated certain actions be undertaken by the defendant before the end of a contemplated 12-month pretrial diversion period.  Pretrial Services has advised that the defendant has complied with all terms and conditions of supervision and has met all his obligations under the pretrial diversion agreements.  Thus, Pretrial Services recommends early termination of the pretrial diversion period.  The Government does not object, particularly as the early termination is approximately three weeks before the natural termination of the diversion period.

      Now, therefore, consistent with the terms of the pretrial diversion agreement, the Government requests the Court terminate Daniel Mathis' Pretrial Diversion.  Further, under

Federal Rule of Criminal Procedure 48(a), and consistent with its obligations under the pretrial diversion agreement, the Government moves to dismiss the charges against Daniel Mathis in this case, filed on January 26, 2012.  (Docket Number 1.)  The Government has consulted with counsel for the defendant, Mark Reichel and is authorized to represent that the defendant is aware of the Government's intent to dismiss the charges against him, and does not object to disposition of the matter by the Court without further briefing or hearing on the matter.

DATED: April 2, 2013

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Jean M. Hobler
JEAN M. HOBLER
Assistant United States Attorney

**ORDER**

Based on the Government's motion and the representations contained therein, the Court finds good cause to terminate the pretrial diversion period of defendant Daniel Mathis, and the diversion period is TERMINATED. The Court further grants the Government's motion under Rule 48 of the Federal Rules of Criminal Procedure, and dismisses the charges in the Information as to defendant Daniel Mathis.

IT IS SO ORDERED.

DATED: April 4, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE